

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00270-CR

ROY NATHANIEL PEREZ, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 287th District Court
Bailey County, Texas
Trial Court No. 2565A, Honorable Gordon H. Green, Presiding

December 23, 2020

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Roy Nathaniel Perez, Jr., appeals from the trial court's judgment revoking his community supervision, adjudicating him guilty of the offense of aggravated assault,[1] and sentencing him to ten years' confinement. The clerk's record has been filed but does not contain the trial court's certification of Appellant's right to appeal the judgment. *See* TEX. R. APP. P. 25.2(a)(2) (requiring the trial court to issue a certification of the defendant's right of appeal each time it enters a judgment of guilt or other

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a)(1) (West 2019).

appealable order). By letter of November 6, 2020, we notified the trial court of the omission and requested that the court file a certification with the trial court clerk by December 7. *See* TEX. R. APP. P. 37.1. The trial court clerk has notified us that no certification has yet been filed.

Accordingly, we now abate this appeal and remand the cause to the trial court to prepare a certification of Appellant's right of appeal in accordance with Rule of Appellate Procedure 25.2(d). The certification shall be included in a supplemental clerk's record filed with the Clerk of this Court by January 22, 2021. *See* TEX. R. APP. P. 34.5(c)(2).

It is so ordered.

Per Curiam

Do not publish.